# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL W. PAULSON,** | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO. 19-6013** |
| **THE GEO GROUP, INC.,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this  3rd  day of January, 2020, upon consideration of Plaintiff Michael W. Paulson's Motion to Proceed *In Forma Pauperis* (ECF No. 1), his Prisoner Trust Fund Account Statement (ECF No. 3), and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      Michael W. Paulson, #19004219, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court directs the Warden of George W. Hill Correctional Facility or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Paulson's inmate account; or (b) the average monthly balance in Paulson's inmate account for the six-month period immediately preceding the filing of this case.  The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case.  In each succeeding month when the amount in Paulson's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Paulson's inmate account until the fees are paid.  Each payment shall refer to the docket number for this case.

3.      The Clerk of Court is directed to **SEND** a copy of this Order to the Warden of George W. Hill Correctional Facility.

4.      The Complaint is **DEEMED** filed.

5.      The Complaint is **DISMISSED WITH PREJUDICE** as to Defendant George W. Hill Correctional Facility for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

6.      The Complaint is **DISMISSED WITHOUT PREJUDICE** as to Defendants The GEO Group, Inc. and Delaware County for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

7.      Paulson may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Paulson's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim and may not assert a claim against a defendant already dismissed with prejudice. When drafting his amended complaint, Paulson should be mindful of the Court's reasons for dismissing the claims in his initial Complaint as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

8.      The Clerk of Court is **DIRECTED** to send Paulson a blank copy of the Court's form complaint for a prisoner filing a civil rights action bearing the above civil action number. Paulson may use this form to file his amended complaint if he chooses to do so.

9.	If Paulson fails to file an amended complaint in accordance with this Order, his case may be dismissed without further notice for failure to prosecute.


**BY THE COURT:**



**/s/ Judge John M. Younge**
**JOHN M. YOUNGE, J.**