# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL W. PAULSON,** : | |
| Plaintiff, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 19-6013** |
| **THE GEO GROUP, INC.,** *et al.*, : | |
| Defendants. : | |

## ORDER

AND NOW, this  11th  day of February, 2020, upon consideration of Plaintiff Michael W. Paulson's *pro se* Amended Complaint (ECF No. 7), Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 8) and Request to Allow Individual to [Proceed] *Pro Se* (ECF No. 10), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

2. The Motion for Leave to Proceed *In Forma Pauperis* is **DENIED AS MOOT** because the Court has already granted this relief.

3. The Request to Allow Individual to [Proceed] *Pro Se* is **DENIED AS MOOT**.

**BY THE COURT:**

**/s/ Judge John M. Younge**
**JOHN M. YOUNGE, J.**